```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Mary Hebbard, et al

    v.                                                                            Case No. 24-cv-215-LM

City of Dover, NH


<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated September 4, 2024. For the reasons explained therein, Hebbard's motion to strike (Doc. No. 14) is denied, and the defendant's motion to remand (Doc. No. 6) is granted.

This case is remanded to the New Hampshire Supreme Court.

                                                                             _____
                                                                             Landya B. McCafferty
                                                                              Chief Judge

Date: September 30, 2024

cc:   Mary Hebbard, pro se
       Richard Hebbard, pro se
       Counsel of Record